UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ORTIZ,<br><br>        Plaintiff,<br><br>    vs.<br><br>WELLS FARGO BANK, N.A., a foreign corporation; and DOES 1 through 10, Inclusive,<br><br>        Defendants. | CASE NO: 3:16-CV-06555-LB<br><br>[The Honorable Laurel Beeler]<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

The Court, having reviewed the Joint Stipulation to Extend Time to Respond to Complaint and GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED THAT**:

The deadline for Wells Fargo to respond to the Complaint is extended from January 19, 2017 to February 21, 2017.

**IT IS SO ORDERED**.

Dated:  1/10/17

HONORABLE L~~AUREL BEELER~~ Richard Seeborg
UNITED STATES M~~AGISTRATE~~ JUDGE
                                DISTRICT

93000/FR2164/01634908-1                1        CASE NO.: 3:16-CV-06555-LB
ORDER GRANTING JOINT STIPULATION TO
EXTEND TIME TO RESPOND TO COMPLAINT